IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>TOM NEWBY,<br><br>    Defendant.<br>_____/ | No. C-12-5084 MMC<br><br>**ORDER DIRECTING PARTIES TO PROVIDE CHAMBERS COPIES OF DOCUMENTS** |

On December 26, 2012, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the parties are hereby DIRECTED to submit forthwith a chambers copy of each of the below-referenced documents as set forth below.

    1. Plaintiff/Counter-Defendant Federal Insurance Company shall submit a chambers copy of the following:

        a. Complaint for Declaratory Judgment, filed October 1, 2012;

        b. Motion for Summary Judgment, and all supporting declarations, filed November 28, 2012; and

        c. Stipulation, filed December 26, 2012.

    2. Defendant/Counterclaimant Tom Newby shall submit a chambers copy of the following:

        a.  Answer to Complaint, filed November 1, 2012; and

        b.  Counterclaim, filed November 1, 2012.

**IT IS SO ORDERED.**

Dated:  January 8, 2013

                                          MAXINE M. CHESNEY  
                                          United States District Judge