**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | No. C-12-5084 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO PROVIDE CHAMBERS COPIES OF DOCUMENTS** |
| v. | |
| TOM NEWBY, | |
| Defendant. | |

_____/

On December 26, 2012, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the parties are hereby DIRECTED to submit forthwith a chambers copy of each of the below-referenced documents as set forth below.

1. Plaintiff/Counter-Defendant Federal Insurance Company shall submit a chambers copy of the following:

      a.   Complaint for Declaratory Judgment, filed October 1, 2012;

      b.   Motion for Summary Judgment, and all supporting declarations, filed November 28, 2012; and

      c.   Stipulation, filed December 26, 2012.

2. Defendant/Counterclaimant Tom Newby shall submit a chambers copy of the following:

1          a.  Answer to Complaint, filed November 1, 2012; and

2          b.  Counterclaim, filed November 1, 2012.

3     **IT IS SO ORDERED.**

4

5  Dated:  January 8, 2013

                                                                    _____
6                                                                   MAXINE M. CHESNEY
                                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2