IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOM NEWBY,<br><br>    Defendant.<br>_____/ | No. C-12-5084 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On December 27, 2012, plaintiff, on behalf of both parties, electronically filed a Joint Case Management Statement and, on December 31, 2012, plaintiff electronically filed a Notice of Rescheduling of Plaintiff's Motion for Summary Judgment and a proposed order. Plaintiff has violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Plaintiff is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

1  record any electronically-filed document of which a chambers copy has not been timely
2  provided to the Court.
3  **IT IS SO ORDERED.**
4
5  Dated: January 8, 2013
6                                MAXINE M. CHESNEY
                              United States District Judge