MARJIE D. BARROWS (SBN 122129)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone:     (510) 740-1500
Facsimile:     (510) 740-1501
Email:           mbarrows@fgppr.com

Attorneys for Counter-Defendant
**FEDERAL INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOM NEWBY,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C 12-05084 ~~MEJ~~ **MMC**<br><br>**STIPULATION FOR STAY OF COUNTERCLAIM AND REQUEST FOR ORDER THEREON ; ORDER**<br><br>**Complaint Filed:** October 1, 2012<br>**Counterclaim Filed:** November 1, 2012 |

1.     Plaintiff and Counter-Defendant Federal Insurance Company ("FEDERAL") and Defendant and Counterclaimant Tom Newby ("NEWBY"), by and through their attorneys of record, stipulate as follows:

2.     WHEREAS, NEWBY made an insurance claim to FEDERAL for damage arising out of a water leak and, in relevant part, NEWBY and FEDERAL are engaged in an appraisal of the loss pursuant to the insurance policy;

3.     WHEREAS, FEDERAL filed the above-captioned action for declaratory relief against NEWBY on October 1, 2012, seeking a determination of the scope of what is to be appraised in the appraisal proceeding and of the form of the appraisal award;

4.     WHEREAS, NEWBY filed a Counterclaim setting forth claims for relief for breach

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

1   of contract and for breach of the implied covenant of good faith and fair dealing on November 1,

2   2012; and

3       4.      WHEREAS, the appraisal process is ongoing and the parties believe and agree that

4   in the interests of judicial economy and efficiency the litigation of the Counterclaim should be

5   stayed until the appraisal proceeding has been completed;

6       **IT IS SO STIPULATED.**

7

8   DATED:  December 26, 2012           **FORAN GLENNON PALANDECH**
                                        **PONZI & RUDLOFF PC**
9

10                                      By: /s/  Marjie D. Barrows
                                            Marjie D. Barrows
11
                                        Attorneys for Plaintiff and Counter-Defendant
12                                      FEDERAL INSURANCE COMPANY

13  DATED:  December 26, 2012           **PILLSBURY & LEVINSON, LLP**

14

15                                      By: /s/  Eric K. Larson
                                            Eric K. Larson
16
                                        Attorneys for Defendant and Counterclaimant TOM
17                                      NEWBY

18              **ORDER STAYING COUNTERCLAIM**

19      Based on the above-stated stipulation, and good cause otherwise appearing, IT IS

20  ORDERED that the litigation of the counterclaim in this action is stayed until the appraisal

21  proceeding in this action has been completed and the further Order of the Court.

22  DATED:  January 16, 2013      , 2012

23

24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500