IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | No. C-12-5084 MMC |
| Plaintiff, | **ORDER VACATING FEBRUARY 15, 2013 HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| TOM NEWBY, | |
| Defendant. | |

Before the Court is plaintiff Federal Insurance Company's ("Federal") Motion for Summary Judgment, filed November 28, 2012. Plaintiff Tom Newby has filed opposition, to which Federal has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for February 8, 2013.

Further, in light of the pendency of Federal's motion, the Case Management Conference is hereby CONTINUED from March 1, 2013 to March 29, 2013. The parties shall file a Joint Case Management Statement no later than March 22, 2013.

**IT IS SO ORDERED.**

Dated: February 12, 2013

MAXINE M. CHESNEY
United States District Judge