United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FEDERAL INSURANCE COMPANY,          No. C-12-5084 MMC

12              Plaintiff,                **ORDER VACATING FEBRUARY 15, 2013
        v.                               HEARING ON PLAINTIFF'S MOTION
13                                        FOR SUMMARY JUDGMENT;
     TOM NEWBY,                           CONTINUING CASE MANAGEMENT
14                                        CONFERENCE**
              Defendant.
15   _____/

16
             Before the Court is plaintiff Federal Insurance Company's ("Federal") Motion for
17
     Summary Judgment, filed November 28, 2012.  Plaintiff Tom Newby has filed opposition, to
18
     which Federal has replied.  Having read and considered the papers filed in support of and
19
     in opposition to the motion, the Court deems the matter appropriate for decision on the
20
     parties' respective written submissions and hereby VACATES the hearing scheduled for
21
     February 8, 2013.
22
             Further, in light of the pendency of Federal's motion, the Case Management
23
     Conference is hereby CONTINUED from March 1, 2013 to March 29, 2013.  The parties
24
     shall file a Joint Case Management Statement no later than March 22, 2013.
25
             **IT IS SO ORDERED.**
26

27
     Dated: February 12, 2013                _____
28                                           MAXINE M. CHESNEY
                                             United States District Judge